25 CV 08333

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jennifer E. Cunnane
_____
Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

United States of America
_____

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.



RECEIVED
OCT 08 2025
PRO SE OFFICE

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question  *Neither: other than 28 U.S.C. § 1331, please see explanation; for [illegible] Relevant Statute:*

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated? *Jurisdiction explained*

*Suit against the United States for tax refund under 28 U.S.C. § 1346(a)(1) and IRC § 7422. This Court has jurisdiction pursuant to 28 U.S.C. § 1346(a)(1), which authorizes civil actions against the U.S. for recovery of IRS taxes alleged to have been erroneously held. Refund suits to proceed under § 1346(a)(1)*

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Jennifer E. Cunnane_ , is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Jennifer           E.           Cunnane
First Name     Middle Initial     Last Name

63 West Burda Place
Street Address

Rockland, New City     NY     10956
County, City              State      Zip Code

914-450-4366           HALIFIJ@yahoo.com
Telephone Number       Email Address (if available)

B. **Defendant Information**: United States of America, 3 parties must be served to properly serve the Federal Government in a tax refund case.

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: United States of America c/o Attorney General of the United States
First Name / Last Name

U.S. Department of Justice
Current Job Title (or other identifying information)

950 Pennsylvania Ave., NW
Current Work Address (or other address where defendant may be served)

Washington, D.C.        20530-0001
County, City      State      Zip Code

Defendant 2: Internal Revenue Service
First Name / Last Name

Office of the Chief Counsel
Current Job Title (or other identifying information)

1111 Constitution Avenue, NW
Current Work Address (or other address where defendant may be served)

Washington, D.C.        20224
County, City      State      Zip Code

Defendant 3: Civil Process Clerk - United States Attorney
First Name / Last Name

Southern District of New York
Current Job Title (or other identifying information)

86 Chambers Street, 3rd Floor
Current Work Address (or other address where defendant may be served)

New York, NY        10007
County, City      State      Zip Code

Defendant 4: _____
            First Name                    Last Name

            _____
            Current Job Title (or other identifying information)

            _____
            Current Work Address (or other address where defendant may be served)

            _____
            County, City           State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: __New York__

Date(s) of occurrence: __2022-2024__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Due to space and legibility, please see printed attached Document.

Page 5

_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
_____
_____
_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____
_____
_____
_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

__10/7/25__
Dated

__Jennifer Cunnane__
Plaintiff's Signature

__Jennifer__  __E.__  __Cunnane__
First Name   Middle Initial   Last Name

__63 West Burda Place__
Street Address

__Rockland__, __New City__, __NY__   __10956__
County, City      State      Zip Code

__914-450-4366__
Telephone Number

__HALIFI5@YAHOO.COM__
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Jennifer E. Cunnane,
Plaintiff,

v.                                 Civil Action No. _____

UNITED STATES OF AMERICA,
Defendant.

---

COMPLAINT FOR REFUND OF FEDERAL TAXES

---

Plaintiff Jennifer E. Cunnane, by and through undersigned counsel (if any), alleges as follows:

1. **Jurisdiction**
This Court has jurisdiction under 28 U.S.C. § 1346(a)(1) and IRC § 7422(a). Plaintiff seeks a refund of federal income tax overpaid for the tax year ending 2018.

2. **Parties**
Plaintiff is an individual residing at 63 West Burda Place, New City, New York. The Defendant is the United States of America.

3. **Factual Background**
a. Plaintiff filed a timely and properly executed federal income tax return (Form 1040) for the tax year 2018 on April 13, 2022, mailed via certified mail through USPS.

b. That return reported an overpayment of $10,405.00 and requested a refund.

c. The IRS has denied the claim and issued a Notice of Claim Disallowance dated October 12, 2023 and stated the IRS cannot allow the claim because tax return was filed more than 3 years after the due date. For tax year 2018, the refund deadline date for filing to claim a refund for tax year 2018 was April 18, 2022 (April 15th

would normally be the 3-year deadline, however April 15, 2022 was a holiday – Emancipation Day, so the IRS extended the deadline to file a return to claim a refund to April 18, 2022.) As per the IRS "Mailing Rule" under IRC Section 7502, if return is mailed via USPS Certified Mail before the deadline, then the IRS considers the filing date to be the date of certified mailing.

d. In response to the Notice of Claim Disallowance received, an appeal letter was sent to the IRS address with the letter stub provided in the notice, which detailed the facts that tax return was filed within the three-year deadline and included proof of certified mailing via USPS on April 13, 2022. In response to this, the IRS sent the Plaintiff a letter "LTR 916C" that didn't align with the information presented or address the facts explained in the letter Plaintiff sent to the IRS.

e. As a last resort and eager to sort out the details, plaintiff then scheduled an in-person appointment with the IRS location in West Nyack, NY for May 9th, 2024 at 3:30pm and a second on May 23rd, 2024 at 1pm. Unfortunately, the IRS representatives tried to be helpful but were unable to provide further assistance.

f. The Notice of Claim Disallowance dated October 12, 2023, advised that the law gives 2 years from the date of the notice of claim disallowance to file suit with the U.S. District Court to recover refund. As advised in the Notice of Claim Disallowance, Plaintiff is filing this suit with the District Court to preserve rights to file within the 2-year deadline and as a final option to recover refund due.

4. **Exhaustion of Administrative Remedies**
Pursuant to IRC § 7422(a) and Treas. Reg. § 301.6402-2, Plaintiff duly filed a timely claim for refund with the IRS in the form of the original tax return (Form 1040), which disclosed the overpayment and requested a refund. That properly executed return serves as a formal claim for refund.

5. **Statutory Timeliness**
This action is timely under IRC § 6532(a) because:
- The IRS issued a notice of disallowance dated 10/12/2023, and this suit is brought within 2 years of the date of disallowance. This notice advised Plaintiff has the right to file suit to recover refund.

6. **Claim for Relief**
Plaintiff seeks a refund of $10,405.00, plus statutory interest thereon, and Court filing fee of $405, pursuant to IRC § 6611.

WHEREFORE, Plaintiff respectfully requests:

- Judgment against the United States in the amount of $10,405.00, plus interest under IRC § 6611,
- Costs as allowed by law, and
- Such other relief as the Court deems just and proper.

Respectfully submitted,

Signature:

*/s/ Jennifer Cunnane*

Jennifer E. Cunnane
63 West Burda Place
914-450-4366
HALIFIJ@Yahoo.com
Date: October 7th, 2025