UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER E. CUNNANE,

                  Plaintiff,

        -against-

UNITED STATES OF AMERICA,

                Defendant.

ORDER

7:25-CV-08333-PMH

PHILIP M. HALPERN, United States District Judge:

On January 16, 2026, the Court issued an order directing Plaintiff to either file proof of service indicating that defendant was served on or before January 14, 2026, or show good cause in writing for the failure to comply with Rule 4(m). (Doc. 10). Plaintiff filed a letter on January 26, 2026, with copies of USPS certified mail receipts addressed to the "Civil Process Clerk – United States Attorney – SDNY"; the "Attorney General of the US – US Dept. of Justice"; and "Internal Revenue Service – Office of the Chief Counsel" each dated January 10, 2026, as well as proof of delivery from USPS for each mailing dated January 14, 2026 and January 20, 2026, respectively. (Doc. 11).

Plaintiff's letter does not prove proper and timely service of process of the summons and complaint in accordance with Fed. R. Civ. P. 4(l) was effectuated upon defendant. Plaintiff was required to serve the summons and complaint on defendant in the manner set forth by Rule 4(i), which governs service of process on the United States and its agencies and employees. Rule 4 imposes limitations on who can effectuate service, including that the server must be either a United States marshal, a special appointee, or "[a]ny person who is at least 18 years old and not a party" to the litigation. Fed. R. Civ. P. 4(c); *see Hahn v. United States*, No. 23-CV-04470, 2024 WL 3298474, at *1 (E.D.N.Y. July 2, 2024). "Even when service on the United States is effected by

the mails, only a non-party over 18 years of age, a special appointee, or a United States Marshal can place the summons and complaint in the mail." Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure Civil § 1106 n.15 (4th ed. 2025).

Plaintiff's certified mail receipts do not reflect what was contained in the mailings (i.e., what documents were mailed), nor do they state who sent the certified mailings—specifically, whether the documents were mailed by a person over 18 years old who is not a party to the action.

Self-represented litigants are not excused from complying with the court's procedural rules. *See McNeil v. United States*, 508 U.S. 106, 113 (1993) ("We have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel."). Service of process was due by January 14, 2026, ninety days from the issuance of the summons on October 16, 2025. It is not clear to the Court that Plaintiff properly and timely completed service of the summons and complaint on defendant by January 14, 2026. Under Rule 4(m), the court is required to dismiss the action without prejudice or order that service be made within a specified time. The Second Circuit has "interpreted this rule to give wide latitude to courts in deciding when to grant extensions on time to serve, including permitting courts to grant extensions even absent good cause." *Gerena v. Korb*, 617 F.3d 197, 201 (2d Cir. 2010). In light of Plaintiff's self-represented status and her timely attempt to serve defendant, the court grants an extension of the time to serve process. *Doe v. Becerra*, No. 23-CV-00178, 2024 WL 6841368, at *3 (D. Vt. Jan. 30, 2024) (citing *Zapata v. City of New York*, 502 F.3d 192, 196 (2d Cir. 2007) ("hold[ing] that district courts have discretion to grant extensions even in the absence of good cause")).

Accordingly, Plaintiff shall, by February 27, 2026, cause service of the summons and complaint to be effectuated upon defendant in accordance with Rule 4 and shall file a waiver or

proof of service by server's affidavit no later than March 13, 2026. Plaintiff is warned that failure to serve the United States and to file a waiver or proof of service will result in dismissal of this action.

Plaintiff is reminded that she may contact the Pro Se Intake Unit for procedural assistance at (212) 805-0175.

SO ORDERED.

Dated:    White Plains, New York
          January 28, 2026

_____
PHILIP M. HALPERN
United States District Judge